```
                                                          FILED
IN THE UNITED STATES DISTRICT COURT                      SEP 4 2018
    FOR THE DISTRICT OF MONTANA
         BUTTE DIVISION                              Clerk, U.S Courts
                                                     District Of Montana
                                                      Missoula Division
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–04–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RUTH BAYONA, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 16, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Ruth Bayona's guilty plea after Bayona appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of possession, with intent to

distribute, methamphetamine in violation of 21 U.S.C. § 841(a)(1) (Count II) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss both Count I and the allegation of forfeiture in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 95), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Ruth Bayona's motion to change plea (Doc. 76) is GRANTED and Ruth Bayona is adjudged guilty as charged in Count II of the Indictment.

DATED this 4th day of September, 2018.

Dana L. Christensen, Chief Judge
United States District Court