IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUTH BAYONA,<br><br>Defendant. | CR 18–04–BU–DLC<br><br>ORDER |

Before the Court is Defendant Ruth Bayona's Unopposed Motion to Allow Videoconference Testimony of Dr. Michael Musacco. (Doc. 153.) The Court finds that the request is justified, as Dr. Musacco's testimony may benefit the fact-finding process. However, the Court anticipates that a method of communication other than FaceTime will be required.

Accordingly, IT IS ORDERED that the motion (Doc. 153) is GRANTED, provided that Counsel for Bayona is able to coordinate with the Court and its Information Technology Supervisor to ensure a reliable two-way connection.

Dated this 16th day of January, 2019.

　　　　　　　　　　　/s/ Dana L. Christensen
　　　　　　　　　　　Dana L. Christensen, Chief Judge
　　　　　　　　　　　United States District Court